IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40745
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOSEPH JAMES FALCETTA,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:96-CR-59-1
- - - - - - - - - -
December 23, 1998

Before JOLLY, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

        Court-appointed counsel for Joseph Falcetta has filed a
brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967).
Falcetta has filed a brief and a pleading entitled "Motion to
Dismiss," which are construed as his responses to the <u>Anders</u>
motion.  The Clerk is DIRECTED to file these pleadings into the
record.  Our independent review of counsel's brief, the record,
and Falcetta's responses discloses no nonfrivolous issue.
Falcetta's motion for a bench warrant is DENIED.  Accordingly,
counsel is excused from further responsibilities herein and

_____

        [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Falcetta's appeal is DISMISSED.